1  MELINDA HAAG
   United States Attorney
2  DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5       Social Security Administration
6       160 Spear Street, Suite 800
        San Francisco, CA  94105
7       Telephone: (415) 977-8939
        Facsimile: (415) 744-0134
8       Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERREA LYNN SULLIVAN, | No. 3:15-cv-03555-MEJ |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 7 days to file her motion for summary judgment.  Defendant respectfully request this additional time because after reviewing the evidence of record and Plaintiff's contentions, the undersigned believes that this case warrants consideration for voluntary remand in lieu of further litigation. The additional seven days will the agency to complete its review and makes its determination.

Stipulation to Extend Def.'s MSJ

1

1  The new due date for Defendant's motion for summary judgment will be Friday, April 15, 2016.

Respectfully submitted,

Date: *April 8, 2016*      LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Young Chul Cho*\*
YOUNG CHUL CHO
*\* By email authorization on April 8, 2016*
Attorney for Plaintiff

Date: *April 8, 2016*      MELINDA HAAG
United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: April 8, 2016

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Def.'s MSJ

2